O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER BLAGG, | Case No. EDCV 03-1184 AN |
| Plaintiff, | MEMORANDUM AND ORDER |
| v. | |
| JO ANNE B. BARNHART, COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

Pursuant to 42 U.S.C. § 405(g), Plaintiff is seeking judicial review of the final decision of the Commissioner of the Social Security Administration (the "Commissioner") denying his claim for supplemental security income ("SSI") pursuant to Title XVI of the Social Security Act ("Act"). Both parties have consented to proceed before the undersigned Magistrate Judge. Pursuant to the Court's Case Management Order, the parties have filed a joint stipulation and request for an order summarily deciding issues concerning remand and/or immediate payment of benefits ("JS").

The relevant background facts are familiar to both parties and Plaintiff has stipulated that the decision of the Administrative Law Judge ("ALJ") decision fairly and accurately summarizes the hearing testimony and medical evidence in the record except as noted in his contentions.

In the JS, Plaintiff contends the ALJ erred by: (1) failing to give proper reasons for

Page 1

1 disregarding the opinions of the treating and other physicians who opined that he was
2 disabled; (2) failing to properly assess his subjective complaints; (3) failing to provide
3 a sufficient number of jobs that Plaintiff could purportedly perform; (4) failing to fully
4 and fairly develop the record. The Commissioner disagrees.

5       After reviewing the parties' respective contentions and the record as a whole, the
6 Court finds Plaintiff's contentions lack merit, are partly based upon misstatements of the
7 record, and are otherwise deficient for the well-stated reasons expressed by the
8 Commissioner. Consequently, the Court rejects Plaintiff's contentions for the reasons set
9 forth by the Commissioner. Further, for the reasons discussed by the Commissioner in
10 the JS, the Court also finds the ALJ's determination of non-disability is free of legal error
11 and supported by substantial evidence. Accordingly, Plaintiff's request for an order
12 directing the payment of benefits or remanding this case for further proceedings is
13 DENIED, and the Commissioner's request for an order affirming the Commissioner's
14 final decision and dismissing the action is GRANTED. The clerk shall enter judgment,
15 close the file and terminate all pending motions.

17       IT IS SO ORDERED.

19 DATED: September 28, 2005       /s/ Arthur Nakazato
                                          ARTHUR NAKAZATO
20                           UNITED STATES MAGISTRATE JUDGE